United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFE DRAIN INC.,

        Plaintiff(s),

    v.

KATE VITO ET AL,

        Defendant(s).

No. C-14-01867 DMR

**ORDER CONSTRUING DEFENDANTS' REQUEST FOR ADDITIONAL TIME [DOCKET NO. 9] AS MOTION TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-3**

Pro se Defendants have requested additional time to respond to the complaint. *See* Docket No. 9. The court will construe this request as a motion to change time pursuant to Civil Local Rule 6-3.

IT IS SO ORDERED.

Dated: May 14, 2014

_____
DONNA M. RYU
United States Magistrate Judge