United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFE DRAIN INC.,

        Plaintiff(s),

    v.

KATE VITO ET AL,

        Defendant(s).
_____/

No. C-14-01867 DMR

**ORDER GRANTING MOTION TO CHANGE TIME [DOCKET NO. 9]**

Defendants move to change the time for their response to the complaint pursuant to Civil Local Rule 6-3. *See* Docket Nos. 9, 11. To date, the court has received no opposition to Defendants' motion. *See* Civil L.R. 6-3(b). Accordingly, Defendants' motion is **granted.** Defendants shall respond to the complaint by **July 21, 2014.**

IT IS SO ORDERED.

Dated: May 19, 2014

DONNA M. RYU
United States Magistrate Judge