UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFE DRAIN INC.,

        Plaintiff(s),

   v.

KATE VITO ET AL,

        Defendant(s).

No. C-14-01867 DMR

**ORDER DENYING MOTION TO CHANGE TIME [DOCKET NO. 40]**

    Defendants filed a motion to dismiss noticed for a hearing on September 25, 2014. [Docket No. 39.] Defendants subsequently filed a motion to change the hearing date pursuant to Civil Local Rule 6-3. [Docket No. 40.] However, Civil Local Rule 6-3(a)(1) requires the party moving to shorten time to "[d]escribe the efforts the party has made to obtain a stipulation to the time change." Defendants' motion to change the hearing date does not include this description. Furthermore, Plaintiff has responded to the motion to change the hearing date and indicated that the motion is now moot because Plaintiff has been revived from its suspension and is also amenable to a stay on further discovery responses. For these reasons, Defendants' motion to change the hearing date is **denied.**

    The Case Management Conference previously scheduled for September 3, 2014 has been CONTINUED to **September 25, 2014 at 11:00 a.m.** The Case Management Statement is due no later than **September 18, 2014.**

    IT IS SO ORDERED.

Dated: August 26, 2014

DONNA M. RYU
United States Magistrate Judge