LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
Email: ltownsend@owe.com

Attorneys for Plaintiff STORMWATER SYSTEMS, INC. fka SAFE DRAIN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFE DRAIN INC., a California corporation, ) Case No. C-14-01867 DMR
)
              Plaintiff, ) **PLAINTIFF'S REQUEST FOR JUDICIAL**
) **NOTICE**
   vs. )
) Date:         September 25, 2014
KATE VITO, an individual, SPCC ) Time:        11:00 a.m.
SOLUTIONS, INC., a Nevada corporation, and) Courtroom: 4, 3rd Floor
JOHN BARHAUGH, an individual, )                 The Hon. Donna M. Ryu
)
           Defendants. )
_____ )

Plaintiff Stormwater Systems, Inc. fka Safe Drain Inc. ("Plaintiff") respectfully requests that this Court take judicial notice of Exhibit A, attached hereto. Exhibit A was obtained directly from the official website of the governmental agency that prepared to document. Therefore, the authenticity of this document cannot be "subject to reasonable dispute" and is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Furthermore, as a public document prepared by a governmental agency, the facts contained in this document are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Id.* Therefore, judicial notice is appropriate. *See, e.g., Alvarez v. Hill*, CV 04-884-BR, 2010 WL 582217, *8 (D. Or. Feb. 12, 2010) (taking judicial

1

Plaintiff's Request For Judicial Notice                                                                 Case No. C 14-01867 DMR

notice of printouts of pages from the website of the United States Census Bureau providing population data for California and Oregon).

For the foregoing reasons, Exhibit A, attached hereto and authenticated in the Declaration of Lawrence G. Townsend, may properly be considered by the Court in ruling on Defendants' motion to dismiss.

Respectfully submitted,

Dated: September 3, 2014

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: _____
Lawrence G. Townsend
Attorneys for Plaintiff STORMWATER SYSTEMS, INC. fka SAFE DRAIN INC.

S:\LGT-TENA\SafeDrain\Vito\Pleading\MoDismiss2-ReqJudNotice.wpd

EXHIBIT A

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, August 29, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | STORMWATER SYSTEMS, INC. |
| Entity Number: | C2052414 |
| Date Filed: | 06/23/2000 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | PO BOX 612516 |
| Entity City, State, Zip: | SAN JOSE CA 95161 |
| Agent for Service of Process: | JOHN DEMING |
| Agent Address: | 119 VAL DERVIN PARKWAY SUITE D5 |
| Agent City, State, Zip: | STOCKTON CA 95206 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2014  California Secretary of State