LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
Email: ltownsend@owe.com

Attorneys for Plaintiff STORMWATER SYSTEMS, INC. fka SAFE DRAIN INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAFE DRAIN INC., a California corporation,

Plaintiff,

vs.

KATE VITO, an individual, SPCC SOLUTIONS, INC., a Nevada corporation, and JOHN BARHAUGH, an individual,

Defendants.

Case No. C-14-01867 DMR

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Date: September 25, 2014
Time: 11:00 a.m.
Courtroom: 4, 3rd Floor
**The Hon. Donna M. Ryu**

The Court, having considered the parties' memoranda and documents related to the MOTION TO DISMISS ("Defendants' Motion"), brought by Defendants Kate Vito, SPCC Solutions, Inc., and John Barhaugh ("Defendants") and good cause appearing therefor, including evidence that Plaintiff corporation, previously suspended, is now an "active" corporation as reflected by the California Secretary of State website, of which the Court may properly take judicial notice, the Court hereby DENIES Defendants' motion as moot.

Dated: _____

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

---

[Proposed] Order Denying Defendants' Motion to Dismiss, etc.     Case No. C 14-01867 DMR