UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAFE DRAIN INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KATE VITO, an individual, SPCC SOLUTIONS, INC., a Nevada corporation, and JOHN BARHAUGH, an individual,<br><br>Defendants. | Case No. C 14-01867 DMR<br>Action Filed April 23, 2014<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN BARHAUGH**<br><br>Fed. R. Civ. P. 41 |
| SPCC SOLUTIONS, INC. a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>SAFE DRAIN INC., a California corporation,<br><br>Counterclaim Defendant, and<br><br>JOHN DEMING, an individual,<br><br>Third-Party Counterclaim Defendant. | |

1  Plaintiff and Defendant John Barhaugh having reached a full and final settlement of all claims, it is hereby stipulated and agreed by the parties in the above-entitled action, by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in this action, together with all claims therein asserted be, and it hereby is, dismissed with prejudice, as to DEFENDANT JOHN BARHAUGH only, the parties bearing their own costs and attorneys' fees incurred in this action.

Dated:  November 18, 2014          LAW OFFICES OF LAWRENCE G. TOWNSEND

By:  /s/ Lawrence G. Townsend
Lawrence G. Townsend
Attorneys For Plaintiff
SAFE DRAIN INC.


Dated:  November 18, 2014          DILLINGHAM LAW GROUP

By:  /s/ Michael Dillingham
Michael Dillingham
Attorneys For Defendant
JOHN BARHAUGH


**PURSUANT TO STIPULATION, IT IS SO ORDERED**


Dated: November 18, 2014          _____
The Hon. Donna M. Ryu
United States Magistrate Judge


S:\LGT-TENA\SafeDrain\Vito\Pleading\Stip-Dismissal.doc